### JEMISON *vs.* SOUTHWESTERN RAILROAD.

CASE, FROM BIBB. Railroads. Dogs. Property. (Before Judge Simmons.)

Hall, J.—1. A dog is not property except in a qualified sense, either at common law or under the statutes of this State. The owner may maintain an action of trespass *vi et armis* for the wanton and ma-licious killing of his dog, but he cannot maintain case for its uninten-tional, though negligent, destruction; and where a dog was killed by a railroad train, the presumption did not arise against the company, as in cases of injury to persons or property. Code, §§4402, 5181, 5206, 3042, 3023; 10 Rich. L. R , 52.

2. The facts in this case showed that no exercise of care on the

part of the employees of the railroad would have averted the death of the dog, and a non-suit was proper.

Judgment affirmed.

S. H. Jemison, in *propia persona*, for plaintiff in error.

Lyon & Gresham, for defendant.